IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-57899 |
| SHEILA L. JACKSON<br>SSN-XXX-XX-8329 | CHAPTER 7 |
| DEBTOR | JUDGE JOHN E. HOFFMAN, JR. |
| | MOTION OF U.S. BANK NATIONAL ASSOCIATION FOR RELIEF FROM STAY |
| | WITH NOTICE OF RESPONSE (REAL PROPERTY LOCATED 4018 STATE ROUTE 151, RICHMOND, OHIO 43944) |

---

Now comes the Secured Creditor/Mortgagee, U.S. Bank National Association, a Corporation organized and existing under the laws of the State of Ohio, by counsel, who states as follows:

1. That the Debtor filed in this Court a petition under 11 USC Chapter 7 as a result of which certain acts and proceedings against the Debtor and their property are stayed.

2. That the Debtor is indebted to it in the principal sum of $25,508.09 plus interest at the rate of 3.99 % per annum from March 15, 2010 and advances upon a certain Promissory Note executed by Debtor, a copy of which is attached hereto as Exhibit “A”.

3. That said Note is secured by a Mortgage Deed of even date which Mortgage was filed for record in the Office of the Recorder of **Jefferson** County, Ohio on May 15, 2003. A copy of the recorded Mortgage Deed is attached as Exhibit "B" and is the first and best Lien on the real property therein described.

4. That the interest of this Secured Creditor is not adequately protected due to the failure of the Debtor to make the payments due on April 15, 2010 and all subsequent payments on said Note and said Note is now in default.

5. That the value of said premises, as determined by the Treasurer of **Jefferson** County Ohio is $116,700.00.

WHEREFORE, the Secured Creditor, U.S. Bank National Association, moves this Court for an Order granting it relief from stay.

LAURITO & LAURITO, LLC

/s/ Erin M. Laurito__________

Erin M. Laurito (0075531)
Attorney for Movant
7550 Paragon Road
Dayton, OH 45459
Telephone (937) 743-4878
Fax (937) 743-4877
jsummers@lauritolaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Motion for Relief from Stay and Notice was forwarded by either ECF Noticing or Regular U S Mail this 12th day of October, 2010 to:

Sheila L. Jackson, Debtor
4907 Rt. 151
Mingo Junction, OH 43938
(Served via U.S. Mail)

**Continued on next page**

Kevin M. Pearl, Esq.
Attorney for Debtor
337 Penco Road
Weirton, WV 26062
(Served via ECF Noticing)

D. William Davis, Trustee
407-A Howard Street
Bridgeport, OH 43912
(Served via ECF Noticing)

Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215
(Served via ECF Noticing)

LAURITO & LAURITO LLC

/s/ Erin M. Laurito
______________________________
Erin M. Laurito (0075531)

United States Bankruptcy Court
Southern District of Ohio
170 North High Street
Columbus, OH 43215-2414

| IN RE: | CASE NO. 10-57899 |
|---|---|
| Sheila L. Jackson | CHAPTER 7 |
| DEBTOR | JUDGE JOHN E. HOFFMAN, JR. |

NOTICE OF MOTION FOR RELIEF FROM STAY

---

U.S. Bank National Association filed papers with the Court requesting relief from stay.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the Court to grant the Motion requested, or if you want the Court to consider your views on the Motion, then you or your attorney must:

File with the Court a written response to the Motion, explaining your position, within twenty-one (21) days from the date the Motion is filed at:

U. S. Bankruptcy Court
Southern District of Ohio
170 North High Street
Columbus, OH 43215-2414

If you mail your request/response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

Erin M. Laurito
Attorney for Secured Creditor
7550 Paragon Road
Dayton, OH 45459

Kevin M. Pearl, Esq.
Attorney for Debtor
337 Penco Road
Weirton, WV 26062

D. William Davis, Trustee
407-A Howard Street
Bridgeport, OH 43912

Office of the U. S. Trustee
170 North High Street
Suite 200
Columbus, OH 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion and may enter an Order granting said Motion.

Date: October 12, 2010

LAURITO & LAURITO, L.L.C.

/s/ Erin M. Laurito

______________________________

Erin M. Laurito (0075531)
Attorney for Movant
7550 Paragon Road
Dayton, OH 45459
937-743-4878
937-743-4877 fax
jsummers@lauritolaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Motion for Relief from Stay and Notice was forwarded by either ECF Noticing or Regular U S Mail this 12th day of October, 2010 to:

Sheila L. Jackson, Debtor
4907 Rt. 151
Mingo Junction, OH 43938
(Served via U.S. Mail)

Kevin M. Pearl, Esq.
Attorney for Debtor
337 Penco Road
Weirton, WV 26062
(Served via ECF Noticing)

D. William Davis, Trustee
407-A Howard Street
Bridgeport, OH 43912
(Served via ECF Noticing)

Office of the U S Trustee
170 North High Street
Suite 200
Columbus, OH 43215
(Served via ECF Noticing)

LAURITO & LAURITO LLC

/s/ Erin M. Laurito
____________________________
Erin M. Laurito (0075531)